```
                     UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
```

JAMES NALDER, Guardian Ad Litem     )     2:09-CV-01348-ECR-GWF
for minor Cheyanne Nalder, real     )
party in interest, and GARY LEWIS,  )     MINUTES OF THE COURT
Individually,                       )
                                    )     DATE: January 26, 2011
     Plaintiffs,                    )
                                    )
vs.                                 )
                                    )
UNITED AUTOMOBILE INSURANCE CO.,    )
DOES I through V, and ROE           )
CORPORATIONS I through V,           )
inclusive,                          )
                                    )
     Defendants.                    )
_____)

PRESENT:     EDWARD C. REED, JR.                 U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN        Reporter:    NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    **IT IS HEREBY ORDERED** that Defendant's Motion (#45), filed December 22, 2010, for award of attorney's fees is **DENIED**.

    The action was not brought or maintained without reasonable ground or brought to harass the prevailing party. Nev. Rev. Stat. § 18.010.

                                                               LANCE S. WILSON, CLERK

                                                               By      /s/
                                                                    Deputy Clerk