UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMES NALDER, Guardian Ad Litem for minor Cheyanne Nalder, real party in interest, and GARY LEWIS, Individually,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED AUTOMOBILE INSURANCE CO., DOES I through V, and ROE CORPORATIONS I through V, inclusive,<br><br>        Defendants. | 2:09-CV-01348-ECR-GWF<br><br>MINUTES OF THE COURT<br><br>DATE: February 16, 2011 |

PRESENT:    EDWARD C. REED, JR.                             U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN          Reporter:    NONE APPEARING

Counsel for Plaintiff(s)                      NONE APPEARING

Counsel for Defendant(s)                      NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

        **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Re-taxation of Costs (#65), filed on February 10, 2011, is **DENIED** as premature.  A motion to re-tax costs is not appropriate until the Clerk has had an opportunity to consider Plaintiffs' Objection (#64) and to tax the costs.

                                                LANCE S. WILSON, CLERK

                                                By      /s/
                                                     Deputy Clerk