AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

James Nalder, et al.,

Plaintiffs,

V.

United Automobile Insurance Company,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-01348-RCJ-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment for Attorney Fees and Costs are awarded in favor of Plaintiffs James Nalder and Gary Lewis and against Defendant United Automobile Insurance Company in the amount of $3,378.24 in prejudgment interest, $8,028.40 in costs, and $72,546.18 in attorney fees.

June 3, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Ari Caytuero

(By) Deputy Clerk