**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES NALDER, Guardian Ad Litem For minor Cheyanne Nalder, real party in interest, and Gary Lewis, Individually;<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED AUTOMOBILE INSURANCE COMPANY, DOES I through V, and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants, | CASE NO: 2:09-cv-1348-RCJ-GWF |

**STIPULATION TO EXTEND TIME TO FILE REPLY**
**(FIRST REQUEST)**

IT IS HEREBY STIPULATED between the parties hereto, by and through their respective counsel of record below, that the time for filing of Plaintiffs' Reply in Support of their Motion for Relief Pursuant to FRCP 60(b) (filed September 2, 2020 as Document #146), shall be extended by thirty (30) days. The reason for the extension is the personal circumstance of Plaintiffs' counsel arising as a result of the current COVID-19 pandemic. This is the first request to extend time related to this pending Motion. The Motion has not been scheduled for hearing, although a hearing has been requested. The parties hereto agree that Plaintiffs' Reply will now be filed on or before October 23, 2020.

Date: 9/22/2020
CHRISTENSEN LAW OFFICES

_____
THOMAS F. CHRISTENSEN, ESQ.
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T: 702-870-1000
courtnotices@injuryhelpnow.com
Attorney for Third Party Plaintiff Lewis

1

| | |
|---|---|
| Date: 9/22/2020<br>WINNER & SHERROD<br><br>/s/Matthew Douglas, Esq.<br>MATTHEW DOUGLAS, ESQ.<br>Nevada Bar No. 11371<br>1117 South Rancho Drive<br>Las Vegas, NV 89102<br>T: 702-243-7000<br>mdouglas@winnerfirm.com<br>Attorney for UAIC | Date: 9/22/2020<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br><br>/s/Abraham Smith, Esq.<br>ABRAHAM G. SMITH, ESQ.<br>Nevada Bar 13250<br>3993 Howard Hughes Parkway #600<br>Las Vegas, NV 89169<br>T: 702-949-8200<br>ASmith@lrrc.com<br>Attorney for UAIC |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: __September 22, 2020._____

2